IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE ROGOFF,
                    Appellant,
        vs.
JAMES MARSH,
                    Respondent.

No. 81907

FILED

OCT 22 2020

*ORDER DISMISSING APPEAL*

This is a pro se appeal from "the decision rendered by the Nevada Appellate Court." Eighth Judicial District Court, Clark County; Trevor L. Atkin, Judge.

This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule allows an appeal from a decision of a Nevada appellate court. Accordingly, this court lacks jurisdiction over this appeal and

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                               Silver

---

[1]To the extent appellant seeks rehearing of a dispositional order of this court, she must file a petition for rehearing in this court. *See* NRAP 40. To the extent appellant seeks reconsideration of a procedural order entered by this court, she must file an appropriate motion in this court. This court expresses no opinion regarding the timeliness or merits of any such petition or motion.

cc:  Hon. Trevor L. Atkin, District Judge
     Marlene Rogoff
     The Galliher Law Firm
     Eighth District Court Clerk